# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 639 MAL 2018

               Respondent    :

                            :   Petition for Allowance of Appeal from

                            :   the Order of the Superior Court

          v.                  :

                            :

GRAHAM B. SPANIER,          :

               Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.